IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1999-ZLW-PAC

THOMAS FOLSOM, a Virginia resident, an individual,

      Plaintiff,

v.

GLENN K. BEATON, a Colorado resident, an individual;
and
GLENN K. BEATON, P.C., a Colorado professional corporation,

      Defendants.

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT

      The matter before the Court is Plaintiff's Motion To Dismiss Glenn K. Beaton, P.C. Pursuant To Fed. R. Civ. P. 41(a)(2).  The Court has reviewed the moving and responding papers and the applicable legal authority.  It is

      ORDERED that Plaintiff's Motion To Dismiss Glenn K. Beaton, P.C. Pursuant To Fed. R. Civ. P. 41(a)(2) is granted.  It is

      FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice as to Defendant Glenn K. Beaton, P.C., the parties to pay their own costs and attorneys' fees.  It is

FURTHER ORDERED that the caption shall be amended to reflect the dismissal of said Defendant.

DATED at Denver, Colorado, this  29  day of July, 2005.

BY THE COURT:

S/ Zita L. Weinshienk

_____

ZITA L. WEINSHIENK,  Senior Judge
United States District Court