IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1999-ZLW-PAC

THOMAS FOLSOM, a Virginia resident, an individual,

    Plaintiff,

v.

GLENN K. BEATON, a Colorado resident, an individual; and
GLENN K. BEATON, P.C., a Colorado professional
corporation,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: August  2 , 2005


    It is ORDERED that Defendants' Unopposed Motion For Leave To File Document Under Seal is granted, and Exhibit B to Defendants' Response To Plaintiff's Motion To Dismiss is sealed.