IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-1999-ZLW-PAC

THOMAS FOLSOM, a Virginia resident, an individual,

    Plaintiff,

v.

GLENN K. BEATON, a Colorado resident, an individual,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: August  12 , 2005

    It is ORDERED that the Joint Motion To File Motions For Summary Judgment Out Of Time [#129] is granted to and including August 11, 2005.  It is

    FURTHER ORDERED that Defendant's Uncontested Motion To Extend Summary Judgment Deadline For One Week [#112] is moot.