IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1999-ZLW-PAC

THOMAS FOLSOM, a Virginia resident, an individual,

      Plaintiff,

v.

GLENN K. BEATON, a Colorado resident, an individual,

      Defendant.

---

## ORDER

---

      Plaintiff's brief in support of his motion for partial summary judgment is 46 pages long, and Defendant's brief in support of his motion for summary judgment is 63 pages long.  The briefs do not comply with D.C.COLO.LCivR 7.1H., which requires that all motions be "concise."  It is

      ORDERED that, in the future, the parties shall not file papers in this case exceeding 25 pages in length without obtaining leave of Court to do so.  In order to allow the parties a fair opportunity to respond to the briefs which have been filed, the Court will allow 25-page response briefs on these motions.  Therefore, it is

      FURTHER ORDERED that Defendant shall file a response brief to Plaintiff's Motion For Partial Summary Judgment . . . , and Plaintiff shall file a response brief to

Defendant Beaton's Motion For Summary Judgment . . . , neither brief to exceed 25 pages, on or before September 5, 2005.  It is

FURTHER ORDERED that the response briefs may attach concise exhibits limited to essential portions of documents.  It is

FURTHER ORDERED that Plaintiff and Defendant may file reply briefs, not to exceed 10 pages, with additional concise exhibits if necessary, on or before September 23, 2005.  It is

FURTHER ORDERED that copies of documents attached to the opening briefs shall not be attached to the response or reply briefs.  It is

FURTHER ORDERED that Plaintiff's exhibits shall be marked with numbers, and Defendant's with letters.

FURTHER ORDERED that counsel shall read and follow D.C.COLO.LCivR 56.1.  It is

FURTHER ORDERED that Plaintiff's Motion For Partial Summary Judgment . . . and Defendant Beaton's Motion For Summary Judgment . . . are set for hearing on

Wednesday, November 9, 2005, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred

A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294.

DATED at Denver, Colorado, this  12  day of August, 2005.

BY THE COURT:


S/ Zita L. Weinshienk

_____

ZITA L. WEINSHIENK,  Senior Judge
United States District Court