IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-1999-ZLW-PAC

THOMAS FOLSOM, a Virginia resident, an individual,

    Plaintiff,

v.

GLENN K. BEATON, a Colorado resident, an individual,

    Defendant.

---

## ORDER

---

    The matters before the Court are Plaintiff's Unopposed Motion To File Under Seal Exhibits To Memorandum In Support Of Partial Summary Judgment and Defendant's Unopposed Motion For Leave To File Documents Under Seal.  It is

    ORDERED that Plaintiff's motion is granted as to Exhibits 3, 4, 14, 16, 17, 24, 27, 28, 29, 30, 39, 49, and 53, and denied as to the remaining exhibits.  It is

    FURTHER ORDERED that Defendant's motion is granted as to Exhibits A-6, A-8, A-15, A-17, A-19, A-21, and A-30, and denied as to the remaining exhibits.

    DATED at Denver, Colorado, this  2nd  day of September, 2005.

                                  BY THE COURT:

                                  s/ Zita L. Weinshienk
                                  _____

                                  ZITA L. WEINSHIENK, Senior Judge
                                  United States District Court