IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1999-ZLW-PAC

THOMAS FOLSOM, a Virginia resident, an individual,

    Plaintiff,

v.

GLENN K. BEATON, a Colorado resident, an individual,

    Defendant.

---

## ORDER

---

    Pursuant to and in accordance with the Stipulated Motion For Dismissal Of Defendant's Counterclaim For Abuse Of Process (Counterclaim 1) Without Prejudice . . . (Doc. # 215), it is

    ORDERED that Defendant's Counterclaim for Abuse Of Process (Counterclaim 1) is dismissed without prejudice, the parties to bear their own costs and attorneys' fees associated with said counterclaim.  It is

    FURTHER ORDERED that Plaintiff's Motion Pursuant To Fed. R. Civ. P. 42(b) For A Separate Trial On The Abuse Of Process Counterclaim (Doc. # is 114) denied as moot.  It is

FURTHER ORDERED that Plaintiff's Motion To Dismiss Defendant's Counterclaim For Abuse Of Process (Doc. # 93), which the Court converted to a Fed. R. Civ. P. 56 motion on September 1, 2005, is denied as moot.

DATED at Denver, Colorado, this __13__ day of September, 2005.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court