IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-1999-ZLW-PAC

THOMAS FOLSOM, a Virginia resident, an individual,

    Plaintiff,

v.

GLENN K. BEATON, a Colorado resident, an individual,

    Defendant.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OUT-OF-TIME**

    **THIS MATTER** comes before the Court on *Plaintiff's Unopposed Motion to File Response in Opposition to Defendant's Motion for Summary Judgment Out-of-Time* ("*Plaintiff's Motion*"). The Court, after examining the file and being fully advised in the premises:

    FINDS that there is good cause to grant *Plaintiff's Motion*, and, therefore

    ORDERS that Plaintiff is granted leave to file *Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment* ("*Plaintiff's Response*") out-of-time, and that *Plaintiff's Response* is deemed to be filed September 6, 2005, *nunc pro tunc*.

    DATED at Denver, Colorado, this __13_ day of September, 2005.

                                      BY THE COURT:

                                      s/ Zita L. Weinshienk
                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court