IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1999-ZLW-PAC

THOMAS FOLSOM, a Virginia resident, an individual,

    Plaintiff,

v.

GLENN K. BEATON, a Colorado resident, an individual,

    Defendant.

---

ORDER DISMISSING CERTAIN CLAIMS

---

This matter was before the Court on November 9, 2005, for oral argument on Plaintiff's Motion For Partial Summary Judgment On Claims For: (1) Declaratory Relief Regarding Status As Shareholder; (2) Civil Theft; And (3) Conversion, and Defendant Beaton's Motion For Summary Judgment Under Fed. R. Civ. P. 56 And D.C.COLO.LCiv.R. 56.1.  The Court heard the arguments and statements of counsel and made conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

ORDERED that Plaintiff's Motion For Partial Summary Judgment On Claims For: (1) Declaratory Relief Regarding Status As Shareholder; (2) Civil Theft; And (3) Conversion (Doc. # 141) is denied.  It is

FURTHER ORDERED that Defendant Beaton's Motion For Summary Judgment Under Fed. R. Civ. P. 56 And D.C.COLO.LCiv.R. 56.1 (Doc. # 130) is granted, and the Complaint and cause of action are dismissed.  It is

FURTHER ORDERED that the case shall proceed on Defendant's second counterclaim.  It is

FURTHER ORDERED that counsel shall inform the Court of the status of this case on or before December 9, 2005.

DATED at Denver, Colorado, this   15   day of November, 2005.

> BY THE COURT:
>
> s/ Zita L. Weinshienk
> _____
>
> ZITA L. WEINSHIENK,  Senior Judge
> United States District Court