IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-1999-ZLW-PAC

THOMAS FOLSOM, a Virginia resident, an individual,

    Plaintiff,

v.

GLENN K. BEATON, a Colorado resident, an individual,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    The matter before the Court is a Stipulation And Joint Motion For Dismissal With Prejudice, signed by the attorneys for the parties hereto. In consideration thereof, it is

    ORDERED that the Joint Motion For Dismissal With Prejudice is granted. It is

    FURTHER ORDERED that the Complaint and cause of action, including Defendant's counterclaim, are dismissed with prejudice, the parties to pay their own costs and attorney's fees. It is

    FURTHER ORDERED that the trial set on Monday, April 10, 2006, is vacated.

    DATED at Denver, Colorado, this __13__ day of December, 2005.

                      BY THE COURT:

                      *[signature: Zita L. Weinshienk]*

                      ZITA L. WEINSHIENK, Senior Judge
                      United States District Court